1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RANDY SIFUENTEZ,                          Case No.   2:21-cv-01244-WBS-JDP (HC)

12                      Petitioner,            ORDER:

13          v.                                 (1) GRANTING PETITIONER'S
                                               APPLICATION TO PROCEED IN FORMA
14   UNKNOWN,                                  PAUPERIS;

15                      Respondent.            (2) DENYING AS MOOT HIS REQUEST
                                               FOR EXTENSION OF TIME; AND
16
                                               (3) FINDING THAT THE PETITION DOES
17                                             NOT STATE A COGNIZABLE CLAIM AND
                                               GRANTING LEAVE TO AMEND WITHIN
18                                             SIXTY DAYS

19                                             ECF Nos. 4, 8, & 10

20

21          Petitioner, proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C.

22   § 2254.  I have reviewed the petition, and it appears that petitioner did not exhaust his claims

23   before filing this case.  I will give petitioner a chance to amend and confirm the status of his

24   claims before recommending that this action be dismissed.

25          The amended petition is before me for preliminary review under Rule 4 of the Rules

26   Governing Section 2254 Cases.  Under Rule 4, the judge assigned to the habeas proceeding must

27   examine the habeas petition and order a response to the petition unless it "plainly appears" that

28
                                               1

1    the petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir.

2    2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

3            Petitioner raises numerous claims related to a September 2015 conviction.  He states that,

4    after bringing his claims before the California Fifth District Court of Appeal, he did not pursue

5    them further in state court.  ECF No. 10 at 3.  Federal habeas claims must be exhausted by being

6    presented to the highest state court.  *Castille v. Peoples*, 489 U.S. 346, 351 (1989).  Here,

7    petitioner was required to put claims before the California Supreme Court.  If petitioner's claims

8    are unexhausted, they may not proceed.  He may file an amended petition that reasserts all his

9    claims and confirms their status with regard to exhaustion.

10            It is ORDERED that:

11        1.        Petitioner's application to proceed *in forma pauperis*, ECF No. 4, is granted.

12        2.        Petitioner's motion for extension of time to file a habeas petition, ECF No. 8, is

13   denied as moot.

14        3.        Petitioner may file an amended petition within sixty days of this order's entry.  If

15   he does not, I will recommend that the current petition be dismissed for the reasons stated in this

16   order.

17        4.        The Clerk of Court is directed to send petitioner a federal habeas form.

18   IT IS SO ORDERED.

19

20   Dated:    September 8, 2021                                    _____

21                                                                  JEREMY D. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

                                                    2